Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FELIPE DELATORE-ZARATE<br>aka CEBOLLO,<br><br>    Defendant. | No. CR08-0147 RAJ<br><br>MOTION AND ORDER<br>TO DISMISS INDICTMENT<br>WITHOUT PREJUDICE |

The United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Lisca Borichewski, Assistant United States Attorney, moves this Court for a dismissal without prejudice of the Indictment in the above-entitled matter. This motion, brought pursuant to F.R.Cr.P. 48, is presented because a First Superseding Indictment has been returned in a related case, United States v. Jesus Orozco-Carrazco, et al., CR08-144JLR, which charges the defendant for the conduct encompassed in this Indictment. In case CR08-144JLR, the defendant is charged under the name FELIPE DE LA TORRE-ZARATE, a/k/a Cebollo.

MOTION AND ORDER OF DISMISSAL – 1

Therefore, the government moves to dismiss without prejudice <u>United States v. John Doe</u>, CR08-147RAJ, as this matter is subsumed into <u>United States v. Jesus Orozco-Carrazco</u>, et al., CR08-144JLR.

DATED this 22nd day of July, 2008.

       JEFFREY C. SULLIVAN
       United States Attorney

       <u>s/ Lisca Borichewski</u>
       LISCA BORICHEWSKI
       Assistant United States Attorney

       United States Attorney's Office
       700 Stewart Street, Suite 5220
       Seattle, WA  98101-1271
       (206) 553-2266, Fax: (206) 553-4440
       E-mail: lisca.borichewski@usdoj.gov
       Washington State Bar No. 24300

## **ORDER**

This matter having come on before the undersigned court on the Government's Motion to Dismiss without Prejudice, pursuant to F.R.Cr.P. 48, the Court having considered the Motion and files and records, now therefore,

DISMISSES WITHOUT PREJUDICE the above-entitled Indictment as the conduct charged is subsumed into <u>United States v. Jesus Orozco-Carrazco</u>, et al., CR08-144JLR.

IT IS SO ORDERED.

DATED the 5th day of August, 2008.

       _____
       The Honorable Richard A. Jones
       United States District Judge